RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dustin Paul Tesch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DUSTIN PAUL TESCH,<br><br>        Defendant. | Case No. 2:20-CR-00188-RFB-DJA-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dustin Paul Tesch, that the Status Conference Hearing currently scheduled on May 17, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     The parties do not anticipate Mr. Tesch will be back in time from his competency evaluation for the May 17, 2022 status check.

2.     The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status conference hearing.

DATED this 6th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN PAUL TESCH,<br><br>　　　　Defendant. | Case No. 2:20-CR-00188-RFB-DJA-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the status conference hearing currently scheduled for Tuesday, May 17, 2022 at 10:00 a.m., be vacated and continued to  July 26, 2022  at the hour of  10:00 a .m.; or to a time and date convenient to the court.

　　DATED this 9th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3