RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dustin Paul Tesch

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DUSTIN PAUL TESCH,<br><br>        Defendant. | Case No. 2:20-cr-00188-RFB-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dustin Paul Tesch, that the Status Conference Hearing currently scheduled on July 27, 2022 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

    1.    Mr. Tesch is still undergoing a competency evaluation and is unavailable for the hearing.

    2.    Defense counsel is out of the jurisdiction.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the status conference hearing.

DATED this 26th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Peter S. Levitt<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DUSTIN PAUL TESCH,<br><br>    Defendant. | Case no. 2:20-cr-00188-RFB-DJA |

   IT IS THEREFORE ORDERED that the status conference hearing currently scheduled for Wednesday, July 27, 2022 at 3:00 p.m., be vacated and continued to October 4, 2022 at the hour of  9 : 00  a.m.; or to a time and date convenient to the court.

   DATED this 26th day of July, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3