RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dustin Paul Tesch

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUSTIN PAUL TESCH,<br><br>  Defendant. | Case No. 2:20-cr-001888-RFB-DJA<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dustin Paul Tesch, that the Status Conference Hearing currently scheduled on November 10, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Tesch has been evaluated for competency for several months. The parties still do not have a report.

2. The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the third request for a continuance of the status hearing.

DATED this 8th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender |    */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DUSTIN PAUL TESCH,<br><br>       Defendant. | Case No. 2:20-cr-001888-RFB-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference hearing currently scheduled for Thursday, November 10, 2022 at 10:00 a.m., be vacated and continued to  February 9, 2023  at the hour of  1 :30  p .m.; or to a time and date convenient to the court.

DATED this 9th day of November, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3