RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dustin Paul Tesch

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUSTIN PAUL TESCH,<br><br>  Defendant. | Case No. 2:20-cr-00188-RFB-DJA<br><br>**STIPULATION TO CONTINUE FINAL HEARING FOR REVOCATION OF SUPERVISED RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dustin Paul Tesch, that the final hearing for revocation of supervised release currently scheduled on September 9, 2023 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred-twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The parties agreed during the April 17, 2023 status conference, this matter would trail the defendants other criminal case set before Judge Dorsey, case number 2:22-cr-00038-JAD-NJK, which is currently scheduled for trial on December 19, 2023.

2. This stipulation for a continuance will allow Mr. Tesch's new criminal case to resolve first, so this matter can move forward.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance filed herein.

DATED this 28th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   |   |
|     */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender |     */s/ David Kiebler*<br>By_____<br>DAVID KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN PAUL TESCH,<br><br>    Defendant. | Case No. 2:20-cr-001888-RFB-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the final hearing for revocation of supervised release currently scheduled for September 9, 2023 at 9:00 a.m., be vacated and continued to January 17, 2024 at 9:30 a.m.         :

   DATED this 31st day of July, 2023.



_____
UNITED STATES DISTRICT JUDGE