RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dustin Paul Tesch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DUSTIN PAUL TESCH,<br><br>        Defendant. | Case No. 2:20-cr-00188-RFB-DJA<br><br>**STIPULATION TO CONTINUE FINAL HEARING FOR REVOCATION OF SUPERVISED RELEASE**<br><br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dustin Paul Tesch, that the final hearing for revocation of supervised release currently scheduled on January 17, 2024 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Tesch has been sent to competency proceedings in his state case, and his federal cases need to be continued until that is resolved.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for a continuance filed herein.

DATED this 15th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *Isl Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | *Isl David Kiebler*<br>By_____<br>DAVID KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DUSTIN PAUL TESCH,<br><br>  Defendant. | Case No. 2:20-cr-00188-RFB-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the final hearing for revocation of supervised release currently scheduled for January 17, 2024 at 9:30 a.m., be vacated and continued to March 22, 2024 at 8:30 a.m. The Government is instructed to file a Petition for Writ of Habeas Corpus at least 20 days before the hearing if one is required.

DATED this 19 day of December, 2023.

                                       _____
                                       UNITED STATES DISTRICT JUDGE