# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GENERAL DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **David G. Campbell**, United States Senior District Judge for the District of Arizona, to temporarily perform the duties of United States District Judge on an as-needed basis for the **District of Nevada** beginning on September 2, 2025, and ending on December 31, 2025, and for such additional time required in advance to prepare or thereafter to complete unfinished business.

DATED this 2<u>nd</u> day of <u>September</u> 2025.

_____
Mary H. Murguia
Chief Circuit Judge